**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-42527
§
TWANITA PHILLIPS §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/25/2014. The undersigned trustee was appointed on 11/25/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,982.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $15.48 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $491.38 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,475.14 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/24/2015 and the deadline for filing government claims was 05/26/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,122.66. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,122.66, for a total compensation of $1,122.66[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $6.52, for total expenses of $6.52.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/21/2015            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No.: | 14-42527-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PHILLIPS, TWANITA | Date Filed (f) or Converted (c): | 11/25/2014 (f) |
| For the Period Ending: | 8/21/2015 | §341(a) Meeting Date: | 01/13/2015 |
| | | Claims Bar Date: | 04/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2014 Tax Refund (u) | $0.00 | $0.00 | | $4,982.00 | FA |
| 2  Single Family Resident 2151 217th Place Sauk Village, IL | $108,000.00 | $0.00 | | $0.00 | FA |
| 3  Household goods & furnishings for activity of daily living | $2,500.00 | $0.00 | | $0.00 | FA |
| 4  Clothing/Wearing apparel for activit of daily living | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  BUSINESS 17054 DIXIE HWY HAZEL CREST, ILLINOIS 60429 (u) | $45,000.00 | $3,190.06 | | $0.00 | FA |
| 6  1533 HANOVER STREET CHICAGO HEIGHTS, ILLINOIS 60411 (u) | $13,000.00 | $1,169.26 | | $0.00 | FA |
| 7  2006 CADILAC STS (u) | $1,200.00 | $0.00 | | $0.00 | FA |
| 8  BANK OF AMERICA CHECKING ACCOUNT (u) | $976.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

$172,176.00     $4,359.32        $4,982.00     $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/16/2015 | Order Objecting to Claim of Exemption Sustaining Objection .. The Debtor is ordered to file an amended schedule of exemptions on or before July 30, 2015 |
| 07/08/2015 | Filed Objection to Claimed Exemptions Hearing Date: 7/16 @9:30am. |
| 06/30/2015 | Assets - Tax Refund 2006 Cadillac 1533 Hanover Street Chicago 17054 Dixie Hwy |
| 04/14/2015 | Requested an Amended Schedule C. |
| 03/27/2015 | Review Claims and Prepare TFR |
| 03/15/2015 | Motion to Dismiss for Failure to Pay Filing Fees 5/27/15 |
| 02/16/2015 | Prepare complaint to bar discharge |
| 02/16/2015 | Get vehicle |
| 02/16/2015 | Need 549 statement for recording Need Broker's opinion of value Need title report |
| 01/26/2015 | Motion to Employ 2/4/2015 -- Motion to Turnover 2/4/15 |
| 01/23/2015 | Debtor owns several undisclosed real estate properties as well as vehicle |
| 01/23/2015 | Prepared motion to employ lakelaw and motion for turnover of vehicle |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/18/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 08/18/2015 | DAVID LEIBOWITZ | |

Case 14-42527 Doc 43 Filed 09/21/15 Entered 09/21/15 17:30:02 Desc Main
Document Page 4 of 11

Page No: 1
Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 14-42527-CAD | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | PHILLIPS, TWANITA | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***8867 | | | **Checking Acct #:** | ******2701 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 11/25/2014 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/21/2015 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/27/2015 | (1) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $4,982.00 | | $4,982.00 |
| 04/09/2015 | 3001 | TWANITA PHILLIPS | Entitled Portion of Tax Refund | 8100-002 | | $491.38 | $4,490.62 |
| 05/05/2015 | | Green Bank | Bank Fee for April 2015 | 2600-000 | | $7.78 | $4,482.84 |
| 08/05/2015 | | Green Bank | Bank Service Fee for July | 2600-000 | | $7.70 | $4,475.14 |
| | | | **TOTALS:** | | $4,982.00 | $506.86 | $4,475.14 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,982.00 | $506.86 | |
| | | | **Less: Payments to debtors** | | $0.00 | $491.38 | |
| | | | **Net** | | $4,982.00 | $15.48 | |

**For the period of 11/25/2014 to 8/21/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,982.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,982.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.48 |
| Total Non-Compensable Disbursements: | $491.38 |
| Total Comp/Non Comp Disbursements: | $506.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/24/2015 to 8/21/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,982.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,982.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.48 |
| Total Non-Compensable Disbursements: | $491.38 |
| Total Comp/Non Comp Disbursements: | $506.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 2
Exhibit B
Case 14-42527   Doc 43   Filed 09/21/15   Entered 09/21/15 17:30:02   Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 5 of 11

| **Case No.** | 14-42527-CAD | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | PHILLIPS, TWANITA | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***8867 | | **Checking Acct #:** | ******2701 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 11/25/2014 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/21/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,982.00 | $506.86 | $4,475.14 |

**For the period of 11/25/2014 to 8/21/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $4,982.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,982.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.48 |
| Total Non-Compensable Disbursements: | $491.38 |
| Total Comp/Non Comp Disbursements: | $506.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/25/2014 to 8/21/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $4,982.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,982.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.48 |
| Total Non-Compensable Disbursements: | $491.38 |
| Total Comp/Non Comp Disbursements: | $506.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 14-42527-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PHILLIPS, TWANITA | | | | | | | | Date: 8/21/2015 |
| Claims Bar Date: | 04/24/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $6.52 | $0.00 | $0.00 | $0.00 | $6.52 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,122.66 | $0.00 | $0.00 | $0.00 | $1,122.66 |
| 1 | CAVALRY SPV I, LLC<br><br>(GE Capital Retail Bank/Lowe's)<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $504.43 | $0.00 | $0.00 | $0.00 | $504.43 |
| **Claim Notes:** | (1-1) Cavalry SPV I, LLC as assignee of GE Capital Retail Bank/Lowe&#039;s | | | | | | | | |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $689.97 | $0.00 | $0.00 | $0.00 | $689.97 |
| **Claim Notes:** | (2-1) Unsecured Debt | | | | | | | | |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,063.97 | $0.00 | $0.00 | $0.00 | $1,063.97 |
| **Claim Notes:** | (3-1) Unsecured Debt | | | | | | | | |
| 4 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,450.56 | $0.00 | $0.00 | $0.00 | $2,450.56 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,407.40 | $0.00 | $0.00 | $0.00 | $6,407.40 |

| Case No. | 14-42527-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PHILLIPS, TWANITA | | | | | | | | Date: 8/21/2015 |
| Claims Bar Date: | 04/24/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $542.58 | $0.00 | $0.00 | $0.00 | $542.58 |
| **Claim Notes:** | (6-1) CREDIT CARD DEBT | | | | | | | | |
| 7 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,816.36 | $0.00 | $0.00 | $0.00 | $2,816.36 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,602.62 | $0.00 | $0.00 | $0.00 | $2,602.62 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>successor to GE CAPITAL RETAIL BANK (WAL-MART)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,249.42 | $0.00 | $0.00 | $0.00 | $1,249.42 |
| | | | | | **$19,456.49** | **$0.00** | **$0.00** | **$0.00** | **$19,456.49** |

| | | |
|---|---|---|
| **Case No.** | 14-42527-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | PHILLIPS, TWANITA | **Date:** 8/21/2015 |
| **Claims Bar Date:** | 04/24/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $10,611.90 | $10,611.90 | $0.00 | $0.00 | $0.00 | $10,611.90 |
| Payments to Unsecured Credit Card Holders | $7,715.41 | $7,715.41 | $0.00 | $0.00 | $0.00 | $7,715.41 |
| Trustee Compensation | $1,122.66 | $1,122.66 | $0.00 | $0.00 | $0.00 | $1,122.66 |
| Trustee Expenses | $6.52 | $6.52 | $0.00 | $0.00 | $0.00 | $6.52 |

Case 14-42527    Doc 43    Filed 09/21/15    Entered 09/21/15 17:30:02    Desc Main
Document    Page 8 of 11

CLAIMS ANALYSIS REPORT

Page No: 3
Exhibit C

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       14-42527
Case Name:      TWANITA PHILLIPS
Trustee Name:   David P. Leibowitz

| | |
|---|---:|
| Balance on hand: | $4,475.14 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,475.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,122.66 | $0.00 | $1,122.66 |
| David P. Leibowitz, Trustee Expenses | $6.52 | $0.00 | $6.52 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,129.18 |
| Remaining balance: | $3,345.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,345.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,345.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $18,327.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $504.43 | $0.00 | $92.09 |
| 2 | Quantum3 Group LLC as agent for | $689.97 | $0.00 | $125.97 |
| 3 | Quantum3 Group LLC as agent for | $1,063.97 | $0.00 | $194.25 |
| 4 | Capital One Bank (USA), N.A. | $2,450.56 | $0.00 | $447.39 |
| 5 | Capital One Bank (USA), N.A. | $6,407.40 | $0.00 | $1,169.78 |
| 6 | Capital One, N.A. | $542.58 | $0.00 | $99.06 |
| 7 | Capital Recovery V, LLC | $2,816.36 | $0.00 | $514.17 |
| 8 | PYOD, LLC its successors and assigns as assignee | $2,602.62 | $0.00 | $475.15 |
| 9 | Portfolio Recovery Associates, LLC | $1,249.42 | $0.00 | $228.10 |

Total to be paid to timely general unsecured claims: $3,345.96
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**