**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-42527
§
TWANITA PHILLIPS §
§
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/22/2015, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   09/23/2015     By: /s/ David P. Leibowitz
                                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-42527
§
TWANITA PHILLIPS §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,982.00
*and approved disbursements of* $506.86
*leaving a balance on hand of[1]:* $4,475.14

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,475.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,122.66 | $0.00 | $1,122.66 |
| David P. Leibowitz, Trustee Expenses | $6.52 | $0.00 | $6.52 |

Total to be paid for chapter 7 administrative expenses: $1,129.18
Remaining balance: $3,345.96

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,345.96

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,345.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,327.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $504.43 | $0.00 | $92.09 |
| 2 | Quantum3 Group LLC as agent for | $689.97 | $0.00 | $125.97 |
| 3 | Quantum3 Group LLC as agent for | $1,063.97 | $0.00 | $194.25 |
| 4 | Capital One Bank (USA), N.A. | $2,450.56 | $0.00 | $447.39 |
| 5 | Capital One Bank (USA), N.A. | $6,407.40 | $0.00 | $1,169.78 |
| 6 | Capital One, N.A. | $542.58 | $0.00 | $99.06 |
| 7 | Capital Recovery V, LLC | $2,816.36 | $0.00 | $514.17 |
| 8 | PYOD, LLC its successors and assigns as assignee | $2,602.62 | $0.00 | $475.15 |
| 9 | Portfolio Recovery Associates, LLC | $1,249.42 | $0.00 | $228.10 |

|  | Total to be paid to timely general unsecured claims: | $3,345.96 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-42527-CAD
Twanita Phillips                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina                Page 1 of 2         Date Rcvd: Sep 24, 2015
                              Form ID: pdf006              Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2015.
```
db             +Twanita Phillips,    2151 217th Place,   Sauk Village, IL 60411-4526
aty             David P. Leibowitz,   Lakelaw,   420 W. Clayton St.,   Waukegan, IL 60085-4216
22670936       +ACCO,   Chase Card Service,   Po Box 15298,   Wilmington.DE 19850-5298
22670956       +Accredited Home Lend,   15253 Ave Of Science,   San Diego, CA 92128-3437
22670920       +Aini Inc,   Po Box 3517,   Bloomington, IL 61702-3517
22670951       +Aronson Furniture Co,   140 S Dearborn St Ste420,   Chicago, IL 60603-5233
22670949      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:   Bank Of American,   Po Box 982235,   El Paso, TX 79998)
22670927       +Capital One Bank,   Po Box 6492,   Carol Stream, IL 60197-6492
22925018        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
22999468        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22670947       +Capital One/Carson,   Po Box 30253,   Salt Lake City, UT 84130-0253
22670938       +Capital one,   Po Box 30281,   Salt Lake City, UT 84130-0281
22670945       +Chase,   Po Box 24696,   Columbus, OH 43224-0696
22670952       +Chase,   Po Box24696,   Columbus, OH 43224-0696
22670929       +Citi,   Processing Center,   Des Moines. IA 50363-0001
22670950       +Citifinancial,   605 Munn Rd C/s Care Dept,   Fort Mill.SC 29715-8421
22670931       +City Of Chicago Dpt Of financ,   Po Box 88292,   Chicago, IL 60680-1292
22670930       #+City Of Country Club Hills,   Po Box 66006,   Chicago, IL 60666-0006
22670932       +Comcast,   Po Box3002,   Southeastren, PA 19398-3002
22670923       +Comenity Bank Recovert Dpt,   Po Box 659813,   San Antonio, TX 78265-9113
22670941       +Comenity Bank/Vctrssec,   Po Box 182789,   Columbus.OH 43218-2789
22670921       +Corned,   2100 Swift Dr,   Oak Brook, IL 60523-1559
22670922       +Credit Control, LLC,   Po Box 187,   Hazelwood, MO 63042-0187
23544240       +Dora Phillips,   codebtor on property,   17054 Dixie Hwy,   Hazel Crest, Il 60429-1343
23403236       +Dora Phillips,   98 Carriage Lane,   Sauk Village, Illinois 60411-4536
22670954       +Ford Motor Company Sve Ct,   Po Box 542000,   Omaha, NE 68154-8000
22670940       +MB Financial Rd,   6111 N River Rd,   Rosemont, IL 60018-5111
22670957       +MCSI INC,   Po Box 327,   Palos Heights, IL 60463-0327
22670933       +Ocwen,   Po Box 6440,   Carol Stream, IL 60197-6440
22670915       +Ocwen Loan Services,   12650 Ingenuity Drive,   Orlando, FL 32826-2703
22670937       +Ocwen Loan Serving, LLC,   12650 Ingenuity Dr,   Orlando,FL 32826-2703
22670948       +Onemain Financial,   6801 Colwell Blvd,   Irving, TX 75039-3198
22670924       +Portfolion Recovery Ass,LLC,   Po Box 12903,   Norfolk, VA 23541-0903
22670946       +Sear/cbna,   Po Box 6497,   Sioux Falls.SD 57117-6497
23403237       +Trinity Hair Salon,   17054 Dixie Highway,   Hazel Crest, Illinois 60429-1343
22670916       +Village Of Hazel Crest,   3000 W 170th Place,   Hazel Crest.IL 60429-1129
22670917       +Village Of Sauk Village,   21801 Torrence Ave,   Sauk Village, IL 60411-4489
22670944       +Well Fargo Dir Svc,   Po Box 1697,   Winterville.NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23111241        E-mail/PDF: rmscedi@recoverycorp.com Sep 25 2015 01:03:33    Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
22842298       +E-mail/Text: bankruptcy@cavps.com Sep 25 2015 01:19:03    Cavalry SPV I, LLC,
                (GE Capital Retail Bank/Lowe's),   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
22670919       +E-mail/Text: legalcollections@comed.com Sep 25 2015 01:19:39    Com Ed,   2100 Swift Dr,
                Oak Brook, IL 60523-1559
22670934       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2015 01:03:10    Gecrb/Care,   Po Box 965036,
                Orlando.FL 32896-5036
22670935       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2015 10:09:40    Gecrb/Lowes,   Po Box965005,
                Orlando, FL 32896-5005
22670943       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2015 01:02:47    Gecrb/Walmart,   Po Box 965024,
                Orlando, FL 32896-5024
22670942       +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 25 2015 01:19:49    Harley Davidson Financial,
                4150 Technology Way pvc,   Carson City, NV 89706-2026
22670955       +E-mail/Text: bankruptcy@icsystem.com Sep 25 2015 01:19:22    IC System,   Po Box 64378,
                Saint Paul, MN 55164-0378
22670939       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 25 2015 01:17:55    Kohls/Capital One,
                Po Box3115,   Milwaukee, WI 53201-3115
22670926       +E-mail/Text: gmdunn@cbecompanies.com Sep 25 2015 01:19:05    Nelson Watson & Ass, LLC,
                Po Box 1299,   Haverhill.MA 01831-1799
22670918       +E-mail/Text: bankrup@aglresources.com Sep 25 2015 01:17:36    Nicor Gas,   1844 Ferry RD (7w),
                Naperville.IL 60563-9600
23213188        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2015 01:03:12
                Portfolio Recovery Associates, LLC,   successor to GE CAPITAL RETAIL BANK,   (WAL-MART),
                POB 41067,   Norfolk, VA 23541
23202190       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2015 01:03:11
                PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22859620        E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2015 01:18:21
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
22670953       +E-mail/PDF: pa_dc_claims@navient.com Sep 25 2015 01:02:45    Sallie Mae,   Po Box 9500,
                Wilkies Barre, PA 18773-9500
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: Sep 24, 2015
                              Form ID: pdf006            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
22670925      +E-mail/Text: bnc@ursi.com Sep 25 2015 01:17:49      United Recovery Systems LP,   Po Box 722929,   Houston, TX 77272-2929
                                                                                                         TOTAL: 16

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22670928     ##+GlobalCredit&Collection Corp,   Po Box 2888,   Winter Park, FL 32790-2888
                                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                           TOTAL: 3