**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-42527 |
| | § | |
| TWANITA PHILLIPS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $166,000.00 | Assets Exempt: | $6,176.00 |
| Total Distributions to Claimants: | $3,345.96 | Claims Discharged Without Payment: | $169,732.54 |
| Total Expenses of Administration: | $1,144.66 | | |

3)      Total gross receipts of $4,982.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $491.38 (see **Exhibit 2),** yielded net receipts of $4,490.62 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,144.66 | $1,144.66 | $1,144.66 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $169,411.73 | $18,327.31 | $18,327.31 | $3,345.96 |
| **Total Disbursements** | $169,411.73 | $19,471.97 | $19,471.97 | $4,490.62 |

4).  This case was originally filed under chapter 7 on 11/25/2014.  The case was pending for 12 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/28/2015</u>          By:   <u>/s/ David P. Leibowitz</u>
                                           Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1224-000 | $4,982.00 |
| **TOTAL GROSS RECEIPTS** | | $4,982.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| TWANITA PHILLIPS | Exemptions | 8100-002 | $491.38 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $491.38 |

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,122.66 | $1,122.66 | $1,122.66 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.52 | $6.52 | $6.52 |
| Green Bank | 2600-000 | NA | $15.48 | $15.48 | $15.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,144.66 | $1,144.66 | $1,144.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-900 | $504.00 | $504.43 | $504.43 | $92.09 |

UST Form 101-7-TDR (10/1/2010)

| 2 | Quantum3 Group LLC as agent for | 7100-000 | $689.97 | $689.97 | $689.97 | $125.97 |
|---|---|---|---|---|---|---|
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $1,063.97 | $1,063.97 | $1,063.97 | $194.25 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $2,450.56 | $2,450.56 | $2,450.56 | $447.39 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $6,100.00 | $6,407.40 | $6,407.40 | $1,169.78 |
| 6 | Capital One, N.A. | 7100-900 | $0.00 | $542.58 | $542.58 | $99.06 |
| 7 | Capital Recovery V, LLC | 7100-900 | $0.00 | $2,816.36 | $2,816.36 | $514.17 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $2,602.62 | $2,602.62 | $2,602.62 | $475.15 |
| 9 | Portfolio Recovery Associates, LLC | 7100-900 | $1,249.42 | $1,249.42 | $1,249.42 | $228.10 |
| | Accredited Home Land | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Afni Inc. | 7100-000 | $191.00 | $0.00 | $0.00 | $0.00 |
| | Aronson Furniture Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of American | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Service | 7100-000 | $2,253.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $2,602.62 | $0.00 | $0.00 | $0.00 |
| | Citifinancial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago Dpt of Finance | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | City of Country Clubs Hills | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $337.38 | $0.00 | $0.00 | $0.00 |
| | Comed | 7100-000 | $415.88 | $0.00 | $0.00 | $0.00 |
| | Comed | 7100-000 | $391.38 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank Recovery Dept | 7100-000 | $689.97 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Vctrssec | 7100-000 | $1,063.00 | $0.00 | $0.00 | $0.00 |
| | Ford Motor Company Sve Ct. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Gecrb/Care Credit | 7100-000 | $2,816.00 | $0.00 | $0.00 | $0.00 |
| | Gecrb/Walmart | 7100-000 | $1,020.00 | $0.00 | $0.00 | $0.00 |
| | Harley Dividson Financial | 7100-000 | $4,103.00 | $0.00 | $0.00 | $0.00 |

| IC System | 7100-000 | $230.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| Kohls/Capital One | 7100-000 | $370.00 | $0.00 | $0.00 | $0.00 |
| MB Financial Rd | 7100-000 | $2,446.00 | $0.00 | $0.00 | $0.00 |
| MCSI Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nelson Watson & Ass, LLC | 7100-000 | $2,450.66 | $0.00 | $0.00 | $0.00 |
| Nicor Gas | 7100-000 | $385.52 | $0.00 | $0.00 | $0.00 |
| Ocwen | 7100-000 | $10,875.07 | $0.00 | $0.00 | $0.00 |
| Ocwen Loan Servicing, LLC | 7100-000 | $100,431.00 | $0.00 | $0.00 | $0.00 |
| One Main Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sallie Mae | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sear/Cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| United Recovery Systems LP | 7100-000 | $2,253.27 | $0.00 | $0.00 | $0.00 |
| Village of Hazel Crest | 7100-000 | $169.89 | $0.00 | $0.00 | $0.00 |
| Village of Sauk Village | 7100-000 | $230.55 | $0.00 | $0.00 | $0.00 |
| Well Fargo Dir Svc | 7100-000 | $18,726.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $169,411.73 | $18,327.31 | $18,327.31 | $3,345.96 |

Page No:    1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 14-42527-CAD | |
| **Case Name:** | PHILLIPS, TWANITA | |
| **For the Period Ending:** | 11/28/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 11/25/2014 (f) |
| **§341(a) Meeting Date:** | 01/13/2015 |
| **Claims Bar Date:** | 04/24/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 1 | 2014 Tax Refund                     (u) | $0.00 | $0.00 | | $4,982.00 | FA |
| 2 | Single Family Resident 2151 217th Place Sauk Village, IL | $108,000.00 | $0.00 | | $0.00 | FA |
| 3 | Household goods & furnishings for activity of daily living | $2,500.00 | $0.00 | | $0.00 | FA |
| 4 | Clothing/Wearing apparel for activit of daily living | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | BUSINESS 17054 DIXIE          (u) HWY HAZEL CREST, ILLINOIS 60429 | $45,000.00 | $3,190.06 | | $0.00 | FA |
| 6 | 1533 HANOVER STREET          (u) CHICAGO HEIGHTS, ILLINOIS 60411 | $13,000.00 | $1,169.26 | | $0.00 | FA |
| 7 | 2006 CADILAC STS                   (u) | $1,200.00 | $0.00 | | $0.00 | FA |
| 8 | BANK OF AMERICA              (u) CHECKING ACCOUNT | $976.00 | $0.00 | | $0.00 | FA |

| | | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $172,176.00 | $4,359.32 | | $4,982.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/16/2015 | Order Objecting to Claim of Exemption Sustaining Objection .. The Debtor is ordered to file an amended schedule of exemptions on or before July 30, 2015 |
| 07/08/2015 | Filed Objection to Claimed Exemptions Hearing Date: 7/16 @9:30am. |
| 06/30/2015 | Assets - Tax Refund 2006 Cadillac 1533 Hanover Street Chicago 17054 Dixie Hwy |
| 04/14/2015 | Requested an Amended Schedule C. |
| 03/27/2015 | Review Claims and Prepare TFR |
| 03/15/2015 | Motion to Dismiss for Failure to Pay Filing Fees 5/27/15 |
| 02/16/2015 | Prepare complaint to bar discharge |
| 02/16/2015 | Get vehicle |
| 02/16/2015 | Need 549 statement for recording Need Broker's opinion of value Need title report |
| 01/26/2015 | Motion to Employ 2/4/2015 -- Motion to Turnover 2/4/15 |
| 01/23/2015 | Debtor owns several undisclosed real estate properties as well as vehicle |
| 01/23/2015 | Prepared motion to employ lakelaw and motion for turnover of vehicle |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/18/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 08/18/2015 | DAVID LEIBOWITZ |

**FORM 2**

**Page No:1**

**Exhibit 9**

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 14-42527-CAD |
| **Case Name:** | PHILLIPS, TWANITA |
| **Primary Taxpayer ID #:** | **-***8867 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 11/25/2014 |
| **For Period Ending:** | 11/28/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/27/2015 | (1) | United States Treasury | Unscheduled Tax Refund | 1224-000 | $4,982.00 | | $4,982.00 |
| 04/09/2015 | 3001 | TWANITA PHILLIPS | Entitled Portion of Tax Refund | 8100-002 | | $491.38 | $4,490.62 |
| 05/05/2015 | | Green Bank | Bank Fee for April 2015 | 2600-000 | | $7.78 | $4,482.84 |
| 08/05/2015 | | Green Bank | Bank Service Fee for July | 2600-000 | | $7.70 | $4,475.14 |
| 10/28/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,122.66 | $3,352.48 |
| 10/28/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.52 | $3,345.96 |
| 10/28/2015 | 3004 | Quantum3 Group LLC as agent for | Amount Claimed: 689.97;   Distribution Dividend: 18.26; Claim #: 2; Dividend: 2.81; Amount Allowed: 689.97; Notes: (2-1) Unsecured Debt; | 7100-000 | | $125.97 | $3,219.99 |
| 10/28/2015 | 3005 | Quantum3 Group LLC as agent for | Amount Claimed: 1,063.97;   Distribution Dividend: 18.26; Claim #: 3; Dividend: 4.34; Amount Allowed: 1,063.97; Notes: (3-1) Unsecured Debt; | 7100-000 | | $194.25 | $3,025.74 |
| 10/28/2015 | 3006 | Capital One Bank (USA), N.A. | Amount Claimed: 2,450.56;   Distribution Dividend: 18.26; Claim #: 4; Dividend: 9.99; Amount Allowed: 2,450.56; Notes: ; | 7100-000 | | $447.39 | $2,578.35 |
| 10/28/2015 | 3007 | Capital One Bank (USA), N.A. | Amount Claimed: 6,407.40;   Distribution Dividend: 18.26; Claim #: 5; Dividend: 26.13; Amount Allowed: 6,407.40; Notes: ; | 7100-000 | | $1,169.78 | $1,408.57 |
| 10/28/2015 | 3008 | Cavalry SPV I, LLC | Amount Claimed: 504.43;   Distribution Dividend: 18.26; Claim #: 1; Dividend: 2.05; Amount Allowed: 504.43; Notes: (1-1) Cavalry SPV I, LLC as assignee of GE Capital Retail Bank/Lowe&#039;s; | 7100-900 | | $92.09 | $1,316.48 |
| 10/28/2015 | 3009 | Capital One, N.A. | Amount Claimed: 542.58;   Distribution Dividend: 18.26; Claim #: 6; Dividend: 2.21; Amount Allowed: 542.58; Notes: (6-1) CREDIT CARD DEBT; | 7100-900 | | $99.06 | $1,217.42 |
| 10/28/2015 | 3010 | Capital Recovery V, LLC | Amount Claimed: 2,816.36;   Distribution Dividend: 18.26; Claim #: 7; Dividend: 11.48; Amount Allowed: 2,816.36; Notes: ; | 7100-900 | | $514.17 | $703.25 |
| 10/28/2015 | 3011 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 2,602.62;   Distribution Dividend: 18.26; Claim #: 8; Dividend: 10.61; Amount Allowed: 2,602.62; Notes: ; | 7100-900 | | $475.15 | $228.10 |
| 10/28/2015 | 3012 | Portfolio Recovery Associates, LLC | Amount Claimed: 1,249.42;   Distribution Dividend: 18.26; Claim #: 9; Dividend: 5.09; Amount Allowed: 1,249.42; Notes: ; | 7100-900 | | $228.10 | $0.00 |
| | | | **SUBTOTALS** | | $4,982.00 | $4,982.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 14-42527-CAD | |
| **Case Name:** | PHILLIPS, TWANITA | |
| **Primary Taxpayer ID #:** | **-***8867 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/25/2014 | |
| **For Period Ending:** | 11/28/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,982.00 | $4,982.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,982.00 | $4,982.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $491.38 | |
| | | | **Net** | | $4,982.00 | $4,490.62 | |

**For the period of 11/25/2014 to 11/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,982.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,982.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,490.62 |
| Total Non-Compensable Disbursements: | $491.38 |
| Total Comp/Non Comp Disbursements: | $4,982.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/24/2015 to 11/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,982.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,982.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,490.62 |
| Total Non-Compensable Disbursements: | $491.38 |
| Total Comp/Non Comp Disbursements: | $4,982.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 14-42527-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** | PHILLIPS, TWANITA | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***8867 | **Checking Acct #:** | ******2701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 11/25/2014 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/28/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $4,982.00 | $4,982.00 | $0.00 |

**For the period of 11/25/2014 to 11/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,982.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,982.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,490.62 |
| Total Non-Compensable Disbursements: | $491.38 |
| Total Comp/Non Comp Disbursements: | $4,982.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/25/2014 to 11/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,982.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,982.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,490.62 |
| Total Non-Compensable Disbursements: | $491.38 |
| Total Comp/Non Comp Disbursements: | $4,982.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ